IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KEEP YELLOWSTONE NUCLEAR FREE, ENVIRONMENTAL DEFENSE INSTITUTE, MARY WOOLLEN, JOHN PEAVEY, DEBRA STANSELL, ) ) ) ) ) | Case No. CV-07-36-E-BLW |
| ) | **JUDGMENT** |
| Plaintiffs, ) ) | |
| v. ) ) | |
| THE UNITED STATES DEPARTMENT OF ENERGY, and SAMUEL W. BODMAN, SECRETARY, UNITED STATES DEPARTMENT OF ENERGY, ) ) ) ) ) ) | |
| Defendants. ) _____ ) | |

In accordance with Rule 58, and pursuant to the Memorandum Decision filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the motion for summary judgment filed by the defendants (Docket No. 31) is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the motion for summary judgment filed by plaintiffs (Docket No. 17) is DENIED.

**Judgment - Page 1**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this

action be DISMISSED, and closed by the Clerk of the Court.



DATED:  **October 30, 2007**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**Judgment - Page 2**